Top » Catalog » Mad Bull Airsoft » mb barl 247m

### Categories

Accessories-> (445)
Airsoft Guns-> (140)
B.B Launcher And B.B Showers-> (37)
Expendables-> (22)
Sales (2)
Tactical Gear-> (123)
Target (3)
Airsoft Upgrade Kits (Internal)->
IPSC Practical Shooting Gears

### Manufacturers

Mad Bull Airsof.. 

### What's New?


Echo 1 SD Kit
Echo 1 SD Kit
$50.00

### Quick Find

Use keywords to find the product you are looking for.
**Advanced Search**

### Information

Shipping & Returns
Privacy Notice
Conditions of Use
Contact Us

## Black Python 247mm Tight Bore Barrel-G36C / SIG552
[mb barl 247m]

Name: Tight Bore Barrel BP247
Part Number: BP247
Introduction: Black Python 247mm Tight Bore Barrel-G36C / SIG552
MSRP: USD 40
Details: Black Python BP247 247mm Tight Bore Barrel Apply to G36C / SIG552 series
Black Python is our experimental product. By using hard coating process, our barrel can provide the smoothest inner barrel surface and reinforced structure.
NOTE: The choice of B.B. will be very important. We will only ensure our barrel is 6.03mm diameter.

For more information, please visit this products webpage.

This product was added to our catalog on Thursday 30 March, 2006.

**$20.00**

My Account | Cart Contents | Checkout

**Shopping Cart**
0 items

**Manufacturer Info**
- Mad Bull Airsoft Homepage
- Other products


Click to enlarge

**Notifications**
Notify me of updates to Black Python 247mm Tight Bore Barrel-G36C / SIG552

**Tell A Friend**
Tell someone you know about this product.

**Reviews**
Write a review on this product!

### Customers who bought this product also purchased


KA OUTER BARREL 10.5


UTG HOLSTER MP5


FORCE CRANE STOCK


M700 MAGAZINE


Modify 6MM Bushing Set


GEMTECH BARREL EXTENSION

Monday 02 July, 2007

212190 requests since Wednesday 01 March, 2006

Copyright © 2007 JAG Shopping


US APSA
Airsoft Practical Shooting Association

Top » Catalog » KJ » KJM622

**Categories**

Accessories-> (445)
Airsoft Guns-> (140)
B.B Launcher And B.B Showers-> (37)
Expendables-> (22)
Sales (2)
Tactical Gear-> (123)
Target (3)
Airsoft Upgrade Kits (Internal)->
IPSC Practical Shooting Gears

**Manufacturers**

KJ

**What's New?**


MP 40 MAGAZINE
$15.00

**Quick Find**

Use keywords to find the product you are looking for.
**Advanced Search**

**Information**

Shipping & Returns
Privacy Notice
Conditions of Use
Contact Us

Monday 02 July, 2007

## KJ Metal P662
[KJM622]

KJ's new product. Full Metal. Very detail. P662


Click to enlarge

This product was added to our catalog on Monday 08 May, 2006.

 Reviews

 Add to Cart

Customers who bought this product also purchased


ECHO AK RIS


M203 BB LAUNCHER


ECHO1 AK 1000RND MAGAZINE


ECHO MP5PDW


ECHO M14 SOC16 (OD)


ECHO M16DMR

My Account | Cart Contents | Checkout

$95.00     Shopping Cart

0 items

**Manufacturer Info**

- Other products

**Notifications**


Notify me of updates to KJ Metal P662

**Tell A Friend**

Tell someone you know about this product.

**Reviews**

Write a review on this product!

212225 requests since Wednesday 01 March, 2006

Copyright © 2007 JAG Shopping


US APSA
Airsoft Practical Shooting Association